*R. Effler* for petitioner. *Mr. Frank Ewing* for respondent.

No. 219. PICARD, ADMINISTRATOR, ET AL. *v.* UNITED AIRCRAFT CORP. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. George I. Haight* and *M. K. Hobbs* for petitioners. *Messrs. Drury W. Cooper* and *C. Blake Townsend* for respondent.

No. 220. TRINITY CORPORATION *v.* COMMISSIONER OF INTERNAL REVENUE. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Robert Ash* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Samuel H. Levy, Newton K. Fox,* and *Archibald Cox* for respondent.

No. 222. ROSE *v.* UNITED STATES. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Edward M. Box* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Ellis N. Slack* for the United States.

No. 223. PANDOLFO *v.* UNITED STATES. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Mr. James M. Hervey* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney Gen-*